HERRICK, FEINSTEIN LLP
Stephen B. Selbst
Steven B. Smith
Shivani Poddar
George V. Utlik
Silvia Stockman
Rachel H. Ginzburg (admitted *pro hac vice*)
2 Park Avenue
New York, New York 10016
(212) 592-1400
(212) 592-1500 (fax)
sselbst@herrick.com
ssmith@herrick.com
spoddar@herrick.com
gutlik@herrick.com
sstockman@herrick.com
rginzburg@herrick.com

*Attorneys for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| AMPLE HILLS HOLDINGS, INC., *et al*., | Case No. 20-41559 (NHL) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING ON APPLICATIONS
FOR ALLOWANCE OF COMPENSATION PURSUANT TO
SECTIONS 327, 330 AND 331 OF THE BANKRUPTCY CODE AND
RULES 2002 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

      **PLEASE TAKE NOTICE** that a hearing (the "Hearing") to consider the applications for compensation and reimbursement of expenses (the "Fee Applications") filed by the below-listed

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Ample Hills Holdings, Inc. (2347); Ample Hills Astoria, LLC (3001); Ample Hills Aventura, LLC (7755); Ample Hills Chelsea, LLC (1803); Ample Hills Creamery, Inc. (9650); Ample Hills Essex Street Market, LLC (8522); Ample Hills Fireboat House, LLC (6699); Ample Hills Gowanus, LLC (2450); Ample Hills Highline, LLC (0197); Ample Hills Jersey City, LLC (7428); Ample Hills LBV, LLC (6652); Ample Hills Manufacturing, LLC (5506); Ample Hills PPW, LLC (2968); Ample Hills Red Hook, LLC (4518); Ample Hills Vanderbilt, LLC (7255); Ample Hills Wholesale Online, LLC (3008).

professionals (collectively, the "Applicants") in the above-captioned chapter 11 cases of Ample Hills Holdings, Inc. and its affiliated debtors and debtors in possession (the "Debtors") is to be held before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge of the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") at 271-C Cadman Plaza East, Brooklyn, New York 11201 in Courtroom 3577 on **August 27, 2020 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel can be heard. The Fee Applications scheduled to be heard at the Hearing and the amounts requested by the respective Applicants are as follows:

| Applicant | Total Fees Sought | Total Expenses Sought |
|---|---|---|
| Herrick, Feinstein LLP<br>2 Park Avenue.<br>New York, NY  10016<br>(212) 592-1400<br>Bankruptcy Counsel to the Debtor<br>*Docket No. 329* | $589,709.20 | $31,976.86 |
| Stretto<br>8269 E 23rd Ave, Ste. 275<br>Denver, CO 80238<br>(720) 739-6551<br>Debtors' Administrative Advisor<br>*Docket No. 330* | $10,693.60 | 0 |
| Alan Chapell<br>Consumer Privacy Ombudsman<br>*Docket No. 327* | $12,285.00 | 0 |

**PLEASE TAKE FURTHER NOTICE** that the Fee Applications have been electronically filed with the Clerk of the United States Bankruptcy Court for the Eastern District of New York, and copies of the Fee Applications may be obtained by visiting (i) the website of the Debtors' Claims and Noticing Agent, Stretto, at https://cases.stretto.com/amplehills/ free of charge; and (ii) the Court's website at www.nyeb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that any responses or objection ("Objections") to the Fee Applications must be (a) in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Eastern District of New York, be filed with the Bankruptcy Court electronically in accordance with the Administrative Order of this Court, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Word Perfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard-copy delivered directly to Chambers, and be served in accordance with the Administrative Orders of this Court, upon (i) counsel for the Debtors, Herrick, Feinstein LLP, Attn: Stephen B. Selbst, Esq., George V. Utlik, Esq., Rachel H. Ginzburg, Esq., 2 Park Avenue, New York, New York 10016 and via e-mail to

sselbst@herrick.com, gutlik@herrick.com, and rginzburg@herrick.com; (ii) the United States Trustee for the Eastern District of New York, Brooklyn Division, Attn: Nazar Khodorovsky, Esq. and Reema Lateef, Esq., 201 Varick Street, Suite 1006, New York, New York 10014 and via e-mail to USTPRegion02.BR.ECF@usdoj.gov, Nazar.Khodorovsky@usdoj.gov; (iii) secured creditor, Flushing Bank, 99 Park Ave., Ste 820, New York NY 10016, and its counsel, Certilman Balin Adler & Hyman LLP, Attn: Richard J. McCord, Esq., 90 Merrick Avenue, East Meadow, New York 11554 and via e-mail rmccord@certilmanbalin.com; (iv) counsel for the Official Committee of Unsecured Creditors, Porzio Bromberg & Newman PC, Attn: David E. Sklar, Esq. and Robert M. Schechter, Esq., 100 Southgate Parkway, Morristown, NJ 07962 and via e-mail to desklar@pbnlaw.com and rmschechter@pbnlaw.com; and (iv) submitted in hard-copy form directly to the Chambers of the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, **no later than 4:00 p.m. (ET) on August 20, 2020**.

**PLEASE TAKE FURTHER NOTICE** that only those objections that have been timely filed may be considered by the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time-to-time by the Bankruptcy Court without additional notice when said adjournment may be announced in open court.

*-remainder of page intentionally left blank-*

Dated: August 3, 2020  
      New York, New York

Respectfully submitted,

HERRICK, FEINSTEIN LLP

By: /s/ *Stephen B. Selbst*  
Stephen B. Selbst  
Steven B. Smith  
Shivani Poddar  
George V. Utlik  
Silvia Stockman  
Rachel Ginzburg (admitted *pro hac vice*)  
2 Park Avenue  
New York, New York 10016  
(212) 592-1400  
(212) 592-1500 (fax)  
sselbst@herrick.com  
ssmith@herrick.com  
spoddar@herrick.com  
gutlik@herrick.com  
sstockman@herrick.com  
rginzburg@herrick.com

*Attorneys for the Debtors and Debtors in Possession*

4