

**Claims Register as of 01/26/2021**
Sorted by Claim Number

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Crown Maple LLC | Michael Cobb | 47 McCourt Road | | Dover Plains | NY | 12522 | | 3/20/2020 | General Unsecured | $8,265.00 | $8,265.00 | | |
| 2 | Cintas Corporation No.2 | c/o Rosenberg Fortuna & Laitman, LLP | 666 Old Country Road | | Garden City | NY | 11530 | | 3/25/2020 | General Unsecured | $80,185.04 | $80,185.04 | | |
| 11 | New York State Department of Taxation and Finance | c/o Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | 3/20/2020 | Priority | $47,063.79 | | | ######## |
| 20 | AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | c/o Maurice Wutscher LLP | Aattn: Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | Beachwood | OH | 44122 | | 4/8/2020 | General Unsecured | $1,060.00 | $1,060.00 | | |
| 21 | AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | c/o Maurice Wutscher LLP | Aattn: Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | Beachwood | OH | 44122 | | 4/8/2020 | General Unsecured | $16,798.00 | $16,798.00 | | |
| 26 | The National Sales Group | Attn: Tim Gregory | 223 North Main Street | | Henderson | KY | 42420 | | 4/10/2020 | General Unsecured | $37,057.72 | $37,057.72 | | |
| 27 | UnitedHealthcare Insurance Company | Attn: CDM/Bankruptcy | 185 Asylum Street - 03B | | Hartford | CT | 06103 | | 4/9/2020 | Priority | $574.72 | | | $574.72 |
| 29 | UnitedHealthcare Insurance Company | Attn: CDM/Bankruptcy | 185 Asylum Street - 03B | | Hartford | CT | 06103 | | 4/16/2020 | Priority | $738.93 | | | $738.93 |
| 30 | Ecolab | Attn: Billy McGee | 1601 W Diehl Rd | | Naperville | IL | 60563 | | 4/19/2020 | General Unsecured | $7,833.88 | $7,833.88 | | |
| 31 | JRA Occupational Safety LLC | Attn: Jon R. Anderson | 1117 Jakob's Court | | Manhattan | KS | 66503 | | 4/23/2020 | General Unsecured | $2,719.26 | $2,719.26 | | |
| 32 | U-Line Ship Supplies | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | | 4/28/2020 | General Unsecured | $14,361.80 | $14,361.80 | | |
| 33 | Touchstone Contractors, Inc. | Nate Cade | 1777 E. Los Angeles Avenue | | Simi Valley | CA | 93065 | | 4/22/2020 | General Unsecured, Secured | $34,000,000.00 | $33,808,617.47 | $191,382.53 | |
| 34 | Euler Hermea N.A. agent for Polipa North America 435019 | Insolvecy Department | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | | 4/28/2020 | General Unsecured | $187,130.00 | $187,130.00 | | |
| 35 | Dingmans Dairy | Joseph Belasco | 191 Pennsylvania Ave | | Paterson | NJ | 07503 | | 4/28/2020 | General Unsecured | $1,017.00 | $1,017.00 | | |
| 36 | The National Sales Group | Attn: Tim Gregory | 223 North Main Street | | Henderson | KY | 42420 | | 4/10/2020 | General Unsecured | $37,057.72 | $37,057.72 | | |
| 37 | JRA Occupational Safety LLC | Attn: Jon R. Anderson | 1117 Jakob's Court | | Manhattan | KS | 66503 | | 4/23/2020 | General Unsecured | $2,719.26 | $2,719.26 | | |
| 39 | National Grid | | 300 Erie Blvd W. | | Syracuse | NY | 13202 | | 5/12/2020 | General Unsecured | $389.26 | $389.26 | | |
| 45 | Accountemps | c/o Robert Half | Attn: Karen Lima | PO Box 5024 | San Ramon | CA | 94583 | | 5/20/2020 | General Unsecured | $19,895.84 | $19,895.84 | | |
| 57 | State of New Jersey Division of Taxation Bankruptcy Section | Attn: Richard Flatch | PO Box 245 | | Trenton | NJ | 08695 | | 6/1/2020 | Priority | $4,000.00 | | | $4,000.00 |
| 59 | Cellco Partnership D/b/a Verizon Wireless, on Behalf of Its Affiliates and Subsidiaries | Attn: William M Vermette | 22001 Loudoun County PKWY | | Ashburn | VA | 20147 | | 6/5/2020 | General Unsecured | $9,072.25 | $9,072.25 | | |
| 60 | Neogen Corporation | c/o Credit Supervisor | 25153 Network Place | | Chicago | IL | 60673-1251 | | 6/5/2020 | General Unsecured | $952.26 | $952.26 | | |
| 69 | Actium Partners LLC | Attn: Maquel Anderson | 111 East Broadway | Suite 390 | Salt Lake City | UT | 84111 | | 6/19/2020 | General Unsecured | $308,746.08 | $308,746.08 | | |
| 71 | Carousel Beverage Corp | Mark Caruselle | 436 3rd Avenue | | Brooklyn | NY | 11215 | | 6/23/2020 | General Unsecured | $5,609.90 | $5,609.90 | | |
| 72 | Berkshire Dairy and Food Products, LLC | c/o Lathrop GPM LLP | Attn: Stephen B. Sutton | 2345 Grand Blvd., Suite 1800 | Kansas City | MO | 64108 | | 6/25/2020 | General Unsecured | $90,832.78 | $90,832.78 | | |
| 73 | Conair Weather Service Inc | Barry Stransky | 246 Broadway | | Garden City Park | NY | 11040 | | 6/26/2020 | Secured | $30,619.46 | | $30,619.46 | |
| 80 | Midland Farms Inc. | Demetrios Haseotes | 375 Broadway | | Menands | NY | 12204 | | 7/8/2020 | General Unsecured | $54,287.33 | $54,287.33 | | |
| 81 | Rick Swisher Architects, Inc. | Rick Swisher | 2693 W. Fairbanks Ave. | | Winter Park | FL | 32789 | | 7/8/2020 | Secured | $21,041.00 | | $21,041.00 | |
| 82 | Golenbock Eiseman Assor Bell & Peskoe LLP | | 711 Third Avenue | 16th Fl | New York | NY | 10017 | | 7/10/2020 | General Unsecured | $13,615.00 | $13,615.00 | | |
| 83 | Constellations Group LTD | Attn: Bill White | 3620 Ridgewood Rd NW | | Atlanta | GA | 30327 | | 7/15/2020 | Priority | $1,200.00 | | | $1,200.00 |
| 84 | Edict Systems Inc | Jason Boone | 2434 Esquire Dr. | | Beavercreek | OH | 45431 | | 7/16/2020 | General Unsecured | $237.60 | $237.60 | | |
| 85 | NYC Dept of Finance | Attn: Catherine Leung | 375 Pearl St | | New York | NY | 10038 | | 7/20/2020 | Priority | $6,415.25 | | | $6,415.25 |
| 88 | PSE&G | Attn: Bankruptcy Dept | PO Box 709 | | Newark | NJ | 07104 | | 7/21/2020 | General Unsecured | $1,998.14 | $1,998.14 | | |
| 89 | Pepper Lane-Investments, LLC | c/o Greenberg Glusker Fields Claman & Machtinger LLP | Attn: Henry Finkelstein | 2049 Century Park East, Ste. 2600 | Los Angeles | CA | 90067 | | 7/22/2020 | General Unsecured | $2,166,004.49 | $2,166,004.49 | | |
| 90 | H2 Investment Holdings Ltd, A BUI Company | Attn: J. Barry Morrissey | PO Box 2457 | 59 Fieldstone Lane | New London | NH | 03257 | | 7/24/2020 | General Unsecured | $279,166.67 | $279,166.67 | | |
| 92 | Flushing Bank | c/o Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | East Meadow | NY | 11554 | | 7/28/2020 | Secured | $3,467,632.50 | | ########### | |
| 108 | NYC DEPT OF FINANCE | | 375 Pearl St | | New York | NY | 10038 | | 7/30/2020 | Priority | $6,415.25 | | | $6,415.25 |
| 110 | Certified Laboratories LLC | Jacqueline Brody | 65 Marcus Drive | | Melville | NY | 11747 | | 8/5/2020 | General Unsecured | $9,046.50 | $9,046.50 | | |
| 111 | Fausto A. Frustaci | | 1049 67th Street | | Brooklyn | NY | 11219 | | 8/6/2020 | General Unsecured | $538,260.27 | $538,260.27 | | |
| 112 | St. George Equities, LLC | | 50 Livingston Street | | Brooklyn | NY | 11201 | | 8/6/2020 | General Unsecured | $1,077,863.01 | $1,077,863.01 | | |
| 114 | Thomas Duffy | c/o Law Offices of George Poulos | Attn: George Poulos | 2916 23rd Avenue | Astoria | NY | 11105 | | 8/6/2020 | General Unsecured | $20,000,000.00 | $20,000,000.00 | | |
| 115 | Hawkeye Construction of South FL Inc | Attn: Deborah Harz and Brett Heidel | 985 Harbor Lake Drive Unit #9 | | Safety Harbor | FL | 34695 | | 8/6/2020 | General Unsecured | $249,699.30 | $249,699.30 | | |
| 119 | Greg O'Connell Benefit Trust | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,092,630.14 | $1,092,630.14 | | |
| 120 | Beard St. Warehouse, Inc. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,068,082.19 | $1,068,082.19 | | |
| 121 | Pettibone Realty Corp. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $430,684.93 | $430,684.93 | | |
| 122 | Beard St. Warehouse, Inc. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $645,912.33 | $645,912.33 | | |
| 123 | 175 Van Dyke, LLC | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,078,821.92 | $1,078,821.92 | | |
| 126 | 192 PPW LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago | 999 Vanderbilt Beach Road Suite 200 | Naples | FL | 34108 | | 8/7/2020 | General Unsecured | $473,091.06 | $473,091.06 | | |
| 127 | Brink's, Incorporated | c/o Lyndel Anne Vargas | 900 Jackson Street, Ste 570 | | Dallas | TX | 75202 | | 8/7/2020 | General Unsecured | $21,312.85 | $21,312.85 | | |
| 128 | e-tailer, inc., a Wisconsin corporation | Attn: Legal Affairs | 10539 Applewood Road | | Sister Bay | WI | 54234 | | 8/7/2020 | Secured | $55,967.91 | | $55,967.91 | |
| 130 | Conair Weather Service Inc | Barry Stransky | 246 Broadway | | Garden City Park | NY | 11040 | | 8/5/2020 | Secured | $30,619.46 | | $30,619.46 | |
| 131 | Waterlogic USA | | 3175 Bass Pro Drive | | Grapevine | TX | 76051 | | 8/11/2020 | General Unsecured | $1,007.40 | $1,007.40 | | |
| 132 | Waterlogic USA | | 3175 Bass Pro Drive | | Grapevine | TX | 76051 | | 8/11/2020 | General Unsecured | $1,007.40 | $1,007.40 | | |



**Claims Register as of 01/26/2021**
Sorted Alphabetically

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 175 Van Dyke, LLC | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,078,821.92 | $1,078,821.92 | | |
| 126 | 192 PPW LLC | c/o Dal Lago Law | Attn: Michael R. Dal Lago | 999 Vanderbilt Beach Road Suite 200 | Naples | FL | 34108 | | 8/7/2020 | General Unsecured | $473,091.06 | $473,091.06 | | |
| 45 | Accountemps | c/o Robert Half | Attn: Karen Lima | PO Box 5024 | San Ramon | CA | 94583 | | 5/20/2020 | General Unsecured | $19,895.84 | $19,895.84 | | |
| 69 | Actium Partners LLC | Attn: Maquel Anderson | 111 East Broadway | Suite 390 | Salt Lake City | UT | 84111 | | 6/19/2020 | General Unsecured | $308,746.08 | $308,746.08 | | |
| 20 | AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | c/o Maurice Wutscher LLP | Aattn: Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | Beachwood | OH | 44122 | | 4/8/2020 | General Unsecured | $1,060.00 | $1,060.00 | | |
| 21 | AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | c/o Maurice Wutscher LLP | Aattn: Alan C. Hochheiser | 23611 Chagrin Blvd. Suite 207 | Beachwood | OH | 44122 | | 4/8/2020 | General Unsecured | $16,798.00 | $16,798.00 | | |
| 120 | Beard St. Warehouse, Inc. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,068,082.19 | $1,068,082.19 | | |
| 122 | Beard St. Warehouse, Inc. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $645,912.33 | $645,912.33 | | |
| 72 | Berkshire Dairy and Food Products, LLC | c/o Lathrop GPM LLP | Attn: Stephen B. Sutton | 2345 Grand Blvd., Suite 1800 | Kansas City | MO | 64108 | | 6/25/2020 | General Unsecured | $90,832.78 | $90,832.78 | | |
| 127 | Brink's, Incorporated | c/o Lyndel Anne Vargas | 900 Jackson Street, Ste 570 | | Dallas | TX | 75202 | | 8/7/2020 | General Unsecured | $21,312.85 | $21,312.85 | | |
| 71 | Carousel Beverage Corp | Mark Caruselle | 436 3rd Avenue | | Brooklyn | NY | 11215 | | 6/23/2020 | General Unsecured | $5,609.90 | $5,609.90 | | |
| 59 | Cellco Partnership D/b/a Verizon Wireless, on Behalf of Its Affiliates and Subsidiaries | Attn: William M Vermette | 22001 Loudoun County PKWY | | Ashburn | VA | 20147 | | 6/5/2020 | General Unsecured | $9,072.25 | $9,072.25 | | |
| 110 | Certified Laboratories LLC | Jacqueline Brody | 65 Marcus Drive | | Melville | NY | 11747 | | 8/5/2020 | General Unsecured | $9,046.50 | $9,046.50 | | |
| 2 | Cintas Corporation No.2 | c/o Rosenberg Fortuna & Laitman, LLP | 666 Old Country Road | | Garden City | NY | 11530 | | 3/25/2020 | General Unsecured | $80,185.04 | $80,185.04 | | |
| 73 | Conair Weather Service Inc | Barry Stransky | 246 Broadway | | Garden City Park | NY | 11040 | | 6/26/2020 | Secured | $30,619.46 | | $30,619.46 | |
| 130 | Conair Weather Service Inc | Barry Stransky | 246 Broadway | | Garden City Park | NY | 11040 | | 8/5/2020 | Secured | $30,619.46 | | $30,619.46 | |
| 83 | Constellations Group LTD | Attn: Bill White | 3620 Ridgewood Rd NW | | Atlanta | GA | 30327 | | 7/15/2020 | Priority | $1,200.00 | | | $1,200.00 |
| 1 | Crown Maple LLC | Michael Cobb | 47 McCourt Road | | Dover Plains | NY | 12522 | | 3/20/2020 | General Unsecured | $8,265.00 | $8,265.00 | | |
| 35 | Dingmans Dairy | Joseph Belasco | 191 Pennsylvania Ave | | Paterson | NJ | 07503 | | 4/28/2020 | General Unsecured | $1,017.00 | $1,017.00 | | |
| 30 | Ecolab | Attn: Billy McGee | 1601 W Diehl Rd | | Naperville | IL | 60563 | | 4/19/2020 | General Unsecured | $7,833.88 | $7,833.88 | | |
| 84 | Edict Systems Inc | Jason Boone | 2434 Esquire Dr. | | Beavercreek | OH | 45431 | | 7/16/2020 | General Unsecured | $237.60 | $237.60 | | |
| 128 | e-tailer, inc., a Wisconsin corporation | Attn: Legal Affairs | 10539 Applewood Road | | Sister Bay | WI | 54234 | | 8/7/2020 | Secured | $55,967.91 | | $55,967.91 | |
| 34 | Euler Hermea N.A. agent for Polipa North America 435019 | Insolvecy Department | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | | 4/28/2020 | General Unsecured | $187,130.00 | $187,130.00 | | |
| 111 | Fausto A. Frustaci | | 1049 67th Street | | Brooklyn | NY | 11219 | | 8/6/2020 | General Unsecured | $538,260.27 | $538,260.27 | | |
| 92 | Flushing Bank | c/o Certilman Balin Adler & Hyman, LLP | Attn: Richard J. McCord | 90 Merrick Avenue | East Meadow | NY | 11554 | | 7/28/2020 | Secured | $3,467,632.50 | | ########### | |
| 82 | Golenbock Eiseman Assor Bell & Peskoe LLP | | 711 Third Avenue | 16th Fl | New York | NY | 10017 | | 7/10/2020 | General Unsecured | $13,615.00 | $13,615.00 | | |
| 119 | Greg O'Connell Benefit Trust | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $1,092,630.14 | $1,092,630.14 | | |
| 90 | H2 Investment Holdings Ltd, A BUI Company | Attn: J. Barry Morrissey | PO Box 2457 | 59 Fieldstone Lane | New London | NH | 03257 | | 7/24/2020 | General Unsecured | $279,166.67 | $279,166.67 | | |
| 115 | Hawkeye Construction of South FL Inc | Attn: Deborah Harz and Brett Heidel | 985 Harbor Lake Drive Unit #9 | | Safety Harbor | FL | 34695 | | 8/6/2020 | General Unsecured | $249,699.30 | $249,699.30 | | |
| 31 | JRA Occupational Safety LLC | Attn: Jon R. Anderson | 1117 Jakob's Court | | Manhattan | KS | 66503 | | 4/23/2020 | General Unsecured | $2,719.26 | $2,719.26 | | |
| 37 | JRA Occupational Safety LLC | Attn: Jon R. Anderson | 1117 Jakob's Court | | Manhattan | KS | 66503 | | 4/23/2020 | General Unsecured | $2,719.26 | $2,719.26 | | |
| 80 | Midland Farms Inc. | Demetrios Haseotes | 375 Broadway | | Menands | NY | 12204 | | 7/8/2020 | General Unsecured | $54,287.33 | $54,287.33 | | |
| 39 | National Grid | | 300 Erie Blvd W. | | Syracuse | NY | 13202 | | 5/12/2020 | General Unsecured | $389.26 | $389.26 | | |
| 60 | Neogen Corporation | c/o Credit Supervisor | 25153 Network Place | | Chicago | IL | 60673-1251 | | 6/5/2020 | General Unsecured | $952.26 | $952.26 | | |
| 11 | New York State Department of Taxation and Finance | c/o Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | | 3/20/2020 | Priority | $47,063.79 | | | ######## |
| 85 | NYC Dept of Finance | Attn: Catherine Leung | 375 Pearl St | | New York | NY | 10038 | | 7/20/2020 | Priority | $6,415.25 | | | $6,415.25 |
| 108 | NYC DEPT OF FINANCE | | 375 Pearl St | | New York | NY | 10038 | | 7/30/2020 | Priority | $6,415.25 | | | $6,415.25 |
| 89 | Pepper Lane-Investments, LLC | c/o Greenberg Glusker Fields Claman & Machtinger LLP | Attn: Henry Finkelstein | 2049 Century Park East, Ste. 2600 | Los Angeles | CA | 90067 | | 7/22/2020 | General Unsecured | $2,166,004.49 | $2,166,004.49 | | |
| 121 | Pettibone Realty Corp. | The O'Connell Organization | 175 Van Dyke Street | | Brooklyn | NY | 11231 | | 8/7/2020 | General Unsecured | $430,684.93 | $430,684.93 | | |
| 88 | PSE&G | Attn: Bankruptcy Dept | PO Box 709 | | Newark | NJ | 07104 | | 7/21/2020 | General Unsecured | $1,998.14 | $1,998.14 | | |
| 81 | Rick Swisher Architects, Inc. | Rick Swisher | 2693 W. Fairbanks Ave. | | Winter Park | FL | 32789 | | 7/8/2020 | Secured | $21,041.00 | | $21,041.00 | |
| 112 | St. George Equities, LLC | | 50 Livingston Street | | Brooklyn | NY | 11201 | | 8/6/2020 | General Unsecured | $1,077,863.01 | $1,077,863.01 | | |
| 57 | State of New Jersey Division of Taxation Bankruptcy Section | Attn: Richard Flatch | PO Box 245 | | Trenton | NJ | 08695 | | 6/1/2020 | Priority | $4,000.00 | | | $4,000.00 |
| 26 | The National Sales Group | Attn: Tim Gregory | 223 North Main Street | | Henderson | KY | 42420 | | 4/10/2020 | General Unsecured | $37,057.72 | $37,057.72 | | |
| 36 | The National Sales Group | Attn: Tim Gregory | 223 North Main Street | | Henderson | KY | 42420 | | 4/10/2020 | General Unsecured | $37,057.72 | $37,057.72 | | |
| 114 | Thomas Duffy | c/o Law Offices of George Poulos | Attn: George Poulos | 2916 23rd Avenue | Astoria | NY | 11105 | | 8/6/2020 | General Unsecured | $20,000,000.00 | $20,000,000.00 | | |
| 33 | Touchstone Contractors, Inc. | Nate Cade | 1777 E. Los Angeles Avenue | | Simi Valley | CA | 93065 | | 4/22/2020 | General Unsecured, Secured | $34,000,000.00 | $33,808,617.47 | $191,382.53 | |
| 32 | U-Line Ship Supplies | | 12575 Uline Drive | | Pleasant Prairie | WI | 53158 | | 4/28/2020 | General Unsecured | $14,361.80 | $14,361.80 | | |
| 27 | UnitedHealthcare Insurance Company | Attn: CDM/Bankruptcy | 185 Asylum Street - 03B | | Hartford | CT | 06103 | | 4/9/2020 | Priority | $574.72 | | | $574.72 |
| 29 | UnitedHealthcare Insurance Company | Attn: CDM/Bankruptcy | 185 Asylum Street - 03B | | Hartford | CT | 06103 | | 4/16/2020 | Priority | $738.93 | | | $738.93 |
| 131 | Waterlogic USA | | 3175 Bass Pro Drive | | Grapevine | TX | 76051 | | 8/11/2020 | General Unsecured | $1,007.40 | $1,007.40 | | |
| 132 | Waterlogic USA | | 3175 Bass Pro Drive | | Grapevine | TX | 76051 | | 8/11/2020 | General Unsecured | $1,007.40 | $1,007.40 | | |